**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on January 10, 2023**

**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22−16605−EPK
Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Maria E Matthews
1222 Asbury Way
Boynton Beach, FL 33426

SSN: xxx−xx−9537

## FINAL DECREE

The trustee, Deborah Menotte, having filed a final report that the estate has been fully administered, is discharged and the case is closed.